UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA KNIGHT,<br><br>        Plaintiff,<br><br>  v.<br><br>HANNAH WALTER, STACY FOX, MICHELLE KRISTOFF, HEALTH AND HUMAN SERVICES AGENCY,<br><br>        Defendants. | No.  2:16-cv-01058-TLN-EFB<br><br>**ORDER** |

    Each of the parties in the above-captioned case has filed a "Consent to Proceed Before a United States Magistrate." See 28 U.S.C. § 636(c). According to E.D. Cal. R. 305, both the district court judge assigned to the case and the magistrate judge must approve the reference to the magistrate judge.

    The undersigned has reviewed the file herein and recommends that the above-captioned case be assigned and referred to the magistrate judge for all further proceedings and entry of final judgment.

///

1    IT IS HEREBY ORDERED that the Clerk of the Court reassign
2 this case to the Honorable Edmund F. Brennan, Magistrate Judge.
3 The parties shall take note that all documents hereafter filed
4 with the Clerk of the Court shall bear case number 2:16-cv-01058-
5 EFB.  All currently scheduled dates presently set before Judge
6 Nunley are hereby VACATED.
7    Dated: 7/20/2016

_____
Troy L. Nunley
United States District Judge

   Having also reviewed the file, I accept reference of this
case for all further proceedings and entry of final judgment.
   DATED: July 20, 2016

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2