KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
SUSAN E. SLAGER, State Bar No. 162942
Supervising Deputy Attorney General
TED LINDSTROM, State Bar No. 243664
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 445-2520
 Fax: (916) 324-5567
 E-mail: Ted.Lindstrom@doj.ca.gov
*Attorneys for Defendants*
*Hannah Walter, Stacy Fox, Michelle*
*Kristoff, and the California Department of*
*Health Care Services*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SYLVIA KNIGHT,**<br><br>                              Plaintiff,<br><br>  v.<br><br>**HANNAH WALKER, STACY FOX, MICHELLE KRISTOFF, HEALTH AND HUMAN SERVICES AGENCY, and DOES 1 through 50, inclusive,,**<br><br>                              Defendants. | 2:16-CV-01058-EFB<br><br>**[PROPOSED]** ORDER AMENDING CASE CAPTION |

After careful review of Defendants' Unopposed Motion to Amend Case Caption, and after examining the docket in this matter, the grants defendants' motion.

Henceforth, the caption in this case shall read as follows:

/////

/////

/////

1 | SYLVIA KNIGHT,

2 |             Plaintiff,

3 | v.

4 |

5 | HANNAH WALKER, STACY FOX, MICHELLE KRISTOFF, and the CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES,

6 |             Defendants.

7 |

8 | IT IS SO ORDERED.

9 | DATED:  August 16, 2016.

  |                                   _____
10|                                   EDMUND F. BRENNAN
  |                                   UNITED STATES MAGISTRATE JUDGE

20| SA2016102400
  | 32547104.doc