1 | W. GORDON KAUPP, State Bar No. 226141
KAUPP & FEINBERG, LLP
2 | 870 Market Street, Suite 646
San Francisco, CA 94102
3 | Telephone: (415) 896-4588
E-mail: gordon@kauppfeinberg.com
4 | *Attorney for Plaintiff, Sylvia Knight*

5 | DAVID TYRA, State Bar No. 116218
Kronick Moskovitz Tiedemann & Girard
6 | 400 Capitol Mall, 27th Floor
Sacramento, CA 95814-4407
7 | Telephone: (916) 321-4500
Email: dtyra@kmtg.com
8 | Attorney for Defendant, *Hannah Walter*

9 | XAVIER BECERRA
Attorney General of California
10 | SUSAN E. SLAGER
Supervising Deputy Attorney General
11 | TED LINDSTROM, State Bar No. 243664
Deputy Attorney General
12 | P.O. Box 944255
Sacramento, CA 94244-2550
13 | Telephone: (916) 445-2520
E-mail: Ted.Lindstrom@doj.ca.gov
14 | *Attorneys for Defendants, Stacy Fox, Michelle Kristoff, and the California Department of Health Care Services*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SYLVIA KNIGHT,** | 2:16-CV-01058-EFB |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| **HANNAH WALKER, STACY FOX, MICHELLE KRISTOFF, HEALTH AND HUMAN SERVICES AGENCY, and DOES 1 through 50, inclusive,,** | Date Action Filed: May 18, 2016 |
| Defendants. | |

WHEREAS the parties to this action, and each of them, have fully and finally resolved all issues set forth in this case.

IT IS HEREBY STIPULATED by and between the undersigned counsel for the parties that this entire action is hereby dismissed with prejudice. The parties STIPULATE that each party shall bear their own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated: May 18, 2017                            KAUPP & FEINBERG, LLP

*/s/ W. Gordon Kaupp*

_____
W. Gordon Kaupp, Attorney for Plaintiff
*Sylvia Knight*


KRONICK MOSKOVITZ TIEDEMANN & GIRARD

*/s/ David Tyra*

_____
David Tyra, Attorney for Defendant
*Hannah Walter*


XAVIER BECERRA
Attorney General of California
SUSAN E. SLAGER
Supervising Deputy Attorney General

*/s/ J. T. Lindstrom*

TED LINDSTROM
Deputy Attorney General
*Attorneys for Defendants*
*Stacy Fox, Michelle Kristoff, and*
*the California Department*
*of Health Care Services*

2

**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL** (2:16-CV-01058-TLN-EFB)

<u>ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)</u>

I, W. Gordon Kaupp, attest that concurrence in the filing of this stipulation has been obtained from the signatories, David Tyra and Ted Lindstrom, counsel for the defendants. Executed this 18th day of May, 2017, in San Francisco, California.

By: _/s/ W. Gordon Kaupp_
W. Gordon Kaupp

# [~~PROPOSED~~] ORDER

Pursuant to the stipulation of the parties, the Court ORDERS that the foregoing stipulation is binding, and this case, in its entirety, is dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: June 5, 2017

HON. EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE